# Exhibit 1

# NON-DISCLOSURE AND CONFIDENTIALITY AGREEMENT

This Non-Disclosure and Confidentiality Agreement ("Agreement") is entered into as of 09/23/2025 ("Effective Date"), by and between:

OneBOSS, Inc. ("OneBOSS"), with principal place of business at 118 Vintage Park Blvd, Houston, TX 77070, and
EHP the employers choice ("EHP"), with principal place of business at
25 N Market St, Jacksonville, FL 32202.

Each may be referred to individually as a "Party" and collectively as the "Parties."

## 1. Purpose

The Parties intend to engage in discussions, demonstrations, evaluations, and related activities regarding the integration and validation of OneBOSS's "Census Connect" solution with EHP systems and client accounts, including Paychex accounts (the "Purpose").

## 2. Confidential Information

"Confidential Information" means any non-public, proprietary, or confidential information disclosed by one Party ("Disclosing Party") to the other ("Receiving Party"), whether oral, written, electronic, or otherwise, including without limitation:

- Client or employee census and payroll data (including Paychex data).
- Business, technical, financial, or strategic information.
- Software, prototypes, designs, processes, documentation, or know-how.
- Notes, analyses, compilations, or derivative works based on such information.

Confidential Information does not include information that the Receiving Party can demonstrate:
(a) is or becomes publicly available without breach of this Agreement;
(b) was lawfully in its possession before disclosure;
(c) is independently developed without use of Confidential Information; or
(d) is required to be disclosed by law, provided the Receiving Party gives prompt notice and cooperates in seeking protective measures.

## 3. Obligations of the Receiving Party

The Receiving Party shall:
- Use Confidential Information solely for the Purpose.

- Restrict access to those employees, contractors, or advisors with a strict need to know and who are bound by confidentiality obligations no less protective than this Agreement.
- Safeguard Confidential Information using at least a reasonable standard of care.
- Not copy, reproduce, reverse engineer, or otherwise use the Confidential Information except as necessary for the Purpose.

## 4. Special Treatment of Client Data

OneBOSS acknowledges that during validation it may access EHP client payroll and census data through Paychex or other third-party systems. OneBOSS agrees:
- Such data is EHP Confidential Information.
- It will use such data only for the Purpose.
- It will not retain such data beyond the Purpose.
- It will return or securely destroy such data upon completion of the Purpose.

## 5. Ownership of OneBOSS Intellectual Property

Any software, code, documentation, designs, algorithms, processes, prototypes, enhancements, or other works created or provided by OneBOSS during the Purpose ("OneBOSS IP") shall remain the sole property of OneBOSS.

EHP shall not claim ownership or rights in OneBOSS IP and may use it only as necessary for the Purpose.

## 6. No License

Except as expressly provided herein, no license or rights are granted to either Party in the other Party's Confidential Information or intellectual property.

## 7. Term and Survival

This Agreement is effective as of the Effective Date and remains in effect for two (2) years. Each Party's confidentiality obligations survive for three (3) years after termination. Trade secret obligations survive as long as such information qualifies as a trade secret.

## 8. Remedies

Each Party acknowledges that unauthorized disclosure or use of Confidential Information may cause irreparable harm, and the injured Party shall be entitled to seek injunctive relief in addition to any other remedies available at law or equity.

## 9. Governing Law

This Agreement shall be governed by and construed in accordance with the laws of the State of Texas, without regard to conflict of law principles. The Parties consent to exclusive jurisdiction and venue in the state and federal courts located in Harris County, Texas.

## 10. Miscellaneous

- Entire Agreement: This is the complete agreement and supersedes all prior NDAs between the Parties.
- Amendments: Must be in writing and signed by both Parties.
- Assignment: Neither Party may assign without written consent of the other.
- Counterparts: This Agreement may be executed in counterparts and by electronic signatures, each of which shall be deemed an original.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

| ONEBOSS, INC. | EHP |
|---|---|
| By: Stephen Myers | By: Slava Zatuchny<br>Slava Zatuchny (Sep 22, 2025 12:23:13 EDT) |
| Name: Stephen Myers<br>Title: CEO<br>Date: 09/23/2025 | Name: Slava Zatuchny<br>Title: CEO<br>Date: 09/22/2025 |