CAUSE NUMBER 2026-46026

| | | |
|---|---|---|
| OneBoss.IO, INC<br>PETITIONER | § | IN THE DISTRICT COURT OF |
| VS. | § | HARRIS COUNTY, TEXAS |
| EHP, INC<br>RESPONDENT | § | 129th JUDICIAL DISTRICT |

# CLERK'S CERTIFICATE OF CASH DEPOSIT IN LIEU OF INJUNCTION BOND PER ORDER OF THE COURT

**THE STATE OF TEXAS §**
**COUNTY OF HARRIS §**

**THIS DOCUMENT IS TO CERTIFY** that I, the undersigned Clerk of the District Courts of Harris County, Texas have received a cash deposit, as ordered by the Court, in the amount of five hundred Dollars ($ 500), to be deposited with the Registry of the Court in lieu of a **Temporary Restraining Order Bond** or a **Temporary Injunction Bond**, as required by Rule 684, T.R.C.P, in the above styled and numbered cause as provided by the order entered on the 12 day of October, 2026

This cash deposit is made and received in lieu of **TEMPORARY RESTRAINING ORDER** or a **TEMPORARY INJUCTION**, conditioned that the applicant will abide the decision which may be made in the cause, and that he will pay all sums of money and costs that may be adjudged against him if the restraining order or temporary injunction shall be dissolved in whole or in part, and this certificate is issued to have the force and effect of a **TEMPORARY RESTRAINING ORDER BOND** or a **TEMPORARY INJUCTION BOND** in accordance with the Order of the Court.

**WITNESS** my hand and seal of office this 13 day of October A.D., 20 26.

**FILED**
Marilyn Burgess
District Clerk
OCT 13 2026
Time: ____
Harris County, Texas
By ____
Deputy

**Marilyn Burgess, District Clerk**
**Harris County, Texas**
**PO BOX 4651**
**Houston, Texas 77210-4651**

By: [signature]
**Deputy District Clerk**

Principal: Plaintiff - OneBoss.IO, ince

Attorney: William Hagans
Bar Number: 24055612



S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Famintake\Post Bond

Created 3/2/04