# EXHIBIT A

Declaration of Philip D. Racusin

*with*

**EXHIBIT A-1**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ONEBOSS.IO, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **4:26-cv-09201** |
| **EHP, INC., ESSENTIAL HEALTH** | § | |
| **PLAN, INC., and EVERON** | § | |
| **TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**DECLARATION OF PHILIP D. RACUSIN IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S OPPOSED EMERGENCY MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

I, Philip D. Racusin, declare as follows:

1. My name is Philip D. Racusin. I am over eighteen years of age and competent to make this declaration. I am an attorney licensed to practice in Texas, and I am with Hendershot Cowart, P.C., counsel for Defendants in this action. I have personal knowledge of the facts stated in this declaration, and they are true and correct.

2. I make this declaration solely to authenticate the exhibit described below. Nothing in this declaration waives the attorney-client privilege or the work-product protection, or any Defendant's defenses or objections, including objections to personal jurisdiction, process, and service of process.

3. Attached as Exhibit A-1 is a true and correct copy of an exchange of emails on October 12, 2026, between Robert E. Shuttlesworth, counsel for Plaintiff OneBOSS.IO, Inc., and Ryszard (Richard) Bolko, in the form in which it was provided to this firm. Each page bears a printed header showing that it was printed from Mr. Bolko's Outlook inbox on October 14, 2026. Mr. Bolko's signature block in Exhibit A-1 lists office addresses in Fort Lauderdale and Boca Raton, Florida. Mr. Shuttlesworth's signature block lists an office address in Houston, Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2026.

Philip D. Racusin

# EXHIBIT A-1

October 12, 2026 email exchange between OneBOSS's counsel and Ryszard Bolko

Outlook

**RE: Notice of Hearing - Cause No.: 2026-76026; OneBOSS.IO, Inc. v. EHP, Inc., et al., In the 129th Judicial District Court of Harris County, Texas**

**From** Robert E. Shuttlesworth <rshuttlesworth@hagans.law>
**Date** Mon 10/12/2026 5:36 PM
**To** Richard Bolko <richard@bolkolaw.com>

1 attachment (222 KB)
26.10.12 Order Granting TRO and Order Setting Hearing for TI(2002787.1).pdf;

Richard,

Thank you for your attention in this matter. The Court was informed as to when and how you were notified of the hearing. We received the file stamped copy of our petition, along with the court assignment, at approximately 10 am this morning. The ancillary court, which also happens to be 129th, informed at 11 am that it would conduct the TRO hearing at 1pm. I then provided you all the information as quickly as was possible. I am not sure what you mean about not being able to appear via zoom. There was at least five other TRO hearings scheduled and most of them were appearing by zoom. The Court called the case, checked on zoom for any appearance, and then the hearing began.

Attached is the TRO entered this afternoon by the Court. TRO, Petition, and related citation documents will be formally served unless you will accept service on behalf of EHP, Inc. and/or Essential Health.

Should you have any questions or concerns, please let me know.

Respectfully,

**Robert E. Shuttlesworth**
Attorney at Law

HAGANS
3200 Travis, Fourth Floor
Houston, TX 77006
T: 713-222-2700
F: 832-201-7456
rshuttlesworth@hagans.law

---

**From:** Richard Bolko <richard@bolkolaw.com>
**Sent:** Monday, October 12, 2026 1:23 PM
**To:** Robert E. Shuttlesworth <rshuttlesworth@hagans.law>
**Subject:** Re: Notice of Hearing - Cause No.: 2026-76026; OneBOSS.IO, Inc. v. EHP, Inc., et al., In the 129th Judicial District Court of Harris County, Texas

Sir, just wanted to go in the record that your first notice of this hearing was hour and a half ago before the hearing when you know and I told you I have a meeting I could not get out of.

Then you directed me to a zoom meeting, I'm assuming you did not know as well that TRO hearings are not done via zoom.

Either way I asked you to tell the court that I have made every attempt to be present and for the court to grant continuance so I can secure a local counsel.

Regards,

Richard Bolko, Esq, CPA, MBA, Macc
*Attorney at Law*

561-609-0199 | 954-985-1005
www.bolkolaw.com
office@bolkolaw.com
2933 W Cypress Creek Rd. Ste. 202,
Fort Lauderdale, FL 33309
1825 NW Corporate Blvd, Suite 110,
Boca Raton, FL 33431

BL
BOLKO LAW
LAW OFFICES OF
RYSZARD BOLKO, PLLC

NOTICE OF CONFIDENTIALITY

This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.

This message has been sent from a law firm and may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. Any disclosure, copying, distribution or use of the contents of this message is prohibited.

"Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be deemed to be a debt collector and any information obtained may be used for that purpose."

---

**From:** Robert E. Shuttlesworth <rshuttlesworth@hagans.law>
**Sent:** Monday, October 12, 2026 12:54 PM
**To:** Richard Bolko <richard@bolkolaw.com>
**Subject:** RE: Notice of Hearing - Cause No.: 2026-76026; OneBOSS.IO, Inc. v. EHP, Inc., et al., In the 129th Judicial District Court of Harris County, Texas

Additionally, these may be some helpful contacts:

Court Clerk – Shanelle Taylor (shanelle.taylor@hcdistrictclerk.com) - (832) 927-2500
Trial Coordinator – Dee Thomas (delores_thomas@justex.net) – (832) 927-2520

Respectfully,

**Robert E. Shuttlesworth**
Attorney at Law

HAGANS
3200 Travis, Fourth Floor
Houston, TX 77006
T: 713-222-2700
F: 832-201-7456
rshuttlesworth@hagans.law

---

**From:** Robert E. Shuttlesworth
**Sent:** Monday, October 12, 2026 11:49 AM
**To:** 'Richard Bolko' <richard@bolkolaw.com>
**Subject:** RE: Notice of Hearing - Cause No.: 2026-76026; OneBOSS.IO, Inc. v. EHP, Inc., et al., In the 129th Judicial District Court of Harris County, Texas

Per the Court's website - https://www.justex.net/section/1309, the Recurring Zoom Link is

https://justex.zoom.us/j/85474275827

"phone info if calling in: +1 346 248 7799 US (Houston)"

Respectfully,

**Robert E. Shuttlesworth**
Attorney at Law

HAGANS
3200 Travis, Fourth Floor
Houston, TX 77006
T: 713-222-2700
F: 832-201-7456
rshuttlesworth@hagans.law

---

**From:** Richard Bolko <richard@bolkolaw.com>
**Sent:** Monday, October 12, 2026 11:41 AM
**To:** Robert E. Shuttlesworth <rshuttlesworth@hagans.law>
**Subject:** Re: Notice of Hearing - Cause No.: 2026-76026; OneBOSS.IO, Inc. v. EHP, Inc., et al., In the 129th Judicial District Court of Harris County, Texas

Sir, I am in a meeting and do not have a way to obtain the zoom link. Can you provide?

Regards,

Richard Bolko, Esq, CPA, MBA, Macc

*Attorney at Law*

561-609-0199 | 954-985-1005
www.bolkolaw.com
office@bolkolaw.com
2933 W Cypress Creek Rd. Ste. 202, Fort Lauderdale, FL 33309
1825 NW Corporate Blvd, Suite 110, Boca Raton, FL 33431

BL
BOLKO LAW
LAW OFFICES OF
RYSZARD BOLKO, PLLC

NOTICE OF CONFIDENTIALITY

This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.

This message has been sent from a law firm and may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. Any disclosure, copying, distribution or use of

the contents of this message is prohibited.

"Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be deemed to be a debt collector and any information obtained may be used for that purpose."

---

**From:** Robert E. Shuttlesworth <rshuttlesworth@hagans.law>
**Sent:** Monday, October 12, 2026 12:30 PM
**To:** Richard Bolko <richard@bolkolaw.com>
**Subject:** Notice of Hearing - Cause No.: 2026-76026; OneBOSS.IO, Inc. v. EHP, Inc., et al., In the 129th Judicial District Court of Harris County, Texas

Richard,

**Please take notice** that OneBOSS as initiated litigation – Cause No.: 2026-76026; *OneBOSS.IO, Inc. v. EHP, Inc., et al.*, In the 129th Judicial District Court of Harris County, Texas. The file stamped copy of the petition and its exhibits are attached.

**Please take further notice** that a hearing on OneBOSS' application for a Temporary Restraining Order has been set by the Court for today – **October 12, 2026, at 1:00 p.m**. in the 129th Judicial District Court. The proposed order is attached. Many of the District Courts in Harris County allow and encourage attendance through Zoom (internet). To arrange to attend the hearing via Zoom or phone, the Court can be contacted through the information found on its webpage - https://www.justex.net/court/129

Should you agree with the proposed terms of the Temporary Restraining Order, please advise.

Respectfully,

**Robert E. Shuttlesworth**
Attorney at Law

HAGANS
3200 Travis, Fourth Floor
Houston, TX 77006
T: 713-222-2700
F: 832-201-7456
rshuttlesworth@hagans.law