# EXHIBIT B

Declaration of Joshua Caleb Abele

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ONEBOSS.IO, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **4:26-cv-09201** |
| **EHP, INC., ESSENTIAL HEALTH** | § | |
| **PLAN, INC., and EVERON** | § | |
| **TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**DECLARATION OF JOSHUA CALEB ABELE IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S OPPOSED EMERGENCY MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

I, Joshua Caleb Abele, declare as follows:

1. My name is Joshua Caleb Abele. I am over eighteen years of age and competent to make this declaration. I am a member of Defendant Everon Technologies, LLC ("Everon"), and I am responsible for its software development. I have personal knowledge of the facts stated in this declaration, and they are true and correct.

2. I make this declaration solely to support Defendants' response in opposition to OneBOSS.IO, Inc.'s ("OneBOSS") emergency motion to extend the temporary restraining order. Everon objects to personal jurisdiction, process, and service of process, and nothing in this declaration is intended to waive any of Everon's defenses or objections.

3. Everon has never received, and has never had access to, the source code of OneBOSS's Census Connect or Proposal Engine products, or OneBOSS's source-code repositories.

4. Everon is not reverse engineering, decompiling, or disassembling Census Connect or Proposal Engine, and it is not attempting to derive their source code, models, or algorithms.

5. Everon does not have access to OneBOSS's platform, and, to my knowledge, no one at Everon has ever received login credentials for it.

6. Everon is preserving its source-code repositories and version-control histories, and its documents and communications relating to OneBOSS.

7. Everon has not signed any agreement with OneBOSS, and Everon is not a party to any of the agreements on which OneBOSS sues in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2026.

Signed by:
Joshua Abele
25CB148A075449A...

Joshua Caleb Abele