**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ONEBOSS.IO, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **4:26-cv-09201** |
| **EHP, INC., ESSENTIAL HEALTH** | § | |
| **PLAN, INC., and EVERON** | § | |
| **TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT EHP, INC.'S AGREED AND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant EHP, Inc. ("EHP") asks the Court to extend its deadline to answer or otherwise respond to the First Amended Complaint of Plaintiff OneBOSS.IO, Inc. ("OneBOSS") (Dkt. 4) (the "Amended Complaint") to November 30, 2026. OneBOSS agrees to the requested extension, and the motion is unopposed. EHP files this motion subject to, and without waiving, the defenses and objections reserved in paragraph 5.

1. OneBOSS filed the Amended Complaint on October 22, 2026. Among other things, it adds a claim under the Defend Trade Secrets Act, 18 U.S.C. § 1836. (*See* Dkt. 4 ¶ 1.)

2. Under Federal Rule of Civil Procedure 15(a)(3), EHP's response to the Amended Complaint could be due as early as November 5, 2026, fourteen days after the

Amended Complaint was served. EHP has not previously asked to extend this deadline, and it files this motion before the deadline expires.

3. The Court may, "for good cause," extend a deadline when "a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The Court's procedures likewise provide that, in most cases, the Court will be inclined to grant a first, unopposed motion to extend a particular deadline that recites sufficient cause and is submitted before the deadline. *See* Judge Hanks's Court Procedures § 6.C.8.

4. Good cause supports the extension. The Amended Complaint adds a new federal claim, and the extension will give EHP adequate time to evaluate the amended pleading and prepare its response. It will also allow the parties to focus in the near term on the pending proceedings concerning interim relief. (*See* Dkt. 8, 10.) The extension is not sought for delay. OneBOSS agrees to it, no party will be prejudiced by it, and it does not affect any other deadline or setting in this action, including the initial pretrial and scheduling conference set for January 11, 2027. (Dkt. 3.)

5. EHP files this motion subject to, and without waiving, all of its defenses and objections, including its objections to process and service of process and every other defense available under Federal Rule of Civil Procedure 12(b), all of which are expressly reserved. This motion is not an acceptance or waiver of service. A motion to extend time is neither a Rule 12 motion nor a responsive pleading, and filing one does not waive any defense listed in Rule 12(b)(2)–(5). *See* Fed. R. Civ. P. 12(h)(1).

For these reasons, EHP respectfully asks the Court to grant this motion and to extend EHP's deadline to answer or otherwise respond to the Amended Complaint to November 30, 2026. A proposed order is submitted with this motion.

Dated: November 2, 2026

Respectfully submitted,

**HENDERSHOT COWART, P.C.**

By: *<u>/s/ Simon W. Hendershot, III</u>*
Simon W. Hendershot, III
Attorney-in-Charge
State Bar No. 09417200
S.D. Tex. Federal ID No. 8792
trey@hchlawyers.com
Philip D. Racusin
State Bar No. 24054267
S.D. Tex. Federal ID No. 1106262
pracusin@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783-2809
E-Service: EService@hchlawyers.com

**ATTORNEYS FOR DEFENDANT EHP, INC., APPEARING SUBJECT TO ALL DEFENSES AND OBJECTIONS**

**CERTIFICATE OF CONFERENCE**

I certify that counsel for EHP conferred with Robert E. Shuttlesworth, counsel for Plaintiff OneBOSS.IO, Inc., regarding the substance of the relief requested in this motion. OneBOSS agrees to the requested extension, and the motion is unopposed.

*/s/ Philip D. Racusin*
Philip D. Racusin

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2026, I electronically filed this motion and its proposed order using the Court's CM/ECF system, which will send notice of the filing to all counsel of record, including William G. Hagans and Robert E. Shuttlesworth, Hagans, 3200 Travis, Fourth Floor, Houston, Texas 77006, counsel for Plaintiff OneBOSS.IO, Inc.

*/s/ Philip D. Racusin*
Philip D. Racusin