**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ONEBOSS.IO, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **4:26-cv-09201** |
| **EHP, INC., ESSENTIAL HEALTH** | § | |
| **PLAN, INC., and EVERON** | § | |
| **TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANT EHP, INC.'S AGREED AND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Before the Court is Defendant EHP, Inc.'s Agreed and Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint (the "Motion"). The Motion is unopposed. Having considered the Motion and the record, the Court finds that good cause exists under Federal Rule of Civil Procedure 6(b)(1)(A) and that the Motion should be GRANTED.

It is therefore ORDERED that the deadline for Defendant EHP, Inc. to answer or otherwise respond to Plaintiff OneBOSS.IO, Inc.'s First Amended Complaint (Dkt. 4) is extended to November 30, 2026. This extension does not waive any defense or objection available to Defendant EHP, Inc.

SIGNED at Houston, Texas, on this ____ day of ______________, 2026.

______________________________________
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE