**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ONEBOSS.IO, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:26-cv-09201** |
| **EHP, INC., ESSENTIAL HEALTH PLAN, INC., and EVERON TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

# Plaintiff's Certificate of Interested Parties and Fed. R. Civ. P. 7.1 Disclosure Statement

Pursuant to Fed. R. Civ. P. 7.1 and the Court's Order [Dkt. No. 3], Plaintiff OneBOSS.IO, Inc. files the following Certificate of Interested Parties and hereby discloses that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation.

## A. Plaintiff

1. Plaintiff **OneBOSS.IO, Inc.** ("OneBOSS") is a corporation organized under the laws of the State of Texas with its principal place of business in Harris County, Texas. OneBOSS is a citizen of Texas. Plaintiff is wholly owned by Mr. Stephen Myers, a resident of Harris County, Texas.

Plaintiff has no parent and no publicly held corporation owns 10% or more of its stock.

2. William G. Hagans and Robert E. Shuttlesworth of the Hagans law firm are the attorneys of record for the Plaintiff.

**B. Defendants**

3. Defendant **EHP, Inc.** ("EHP") is a corporation organized under the laws of the State of Delaware with its principal place of business in Fort Lauderdale, Florida. EHP is a citizen of Delaware and Florida.

4. Defendant **Essential Health Plan, Inc.** ("Essential Health") is a corporation organized under the laws of the State of Florida with its principal place of business in Fort Lauderdale, Florida. Essential Health is a citizen of Florida.

5. Defendant **Everon Technologies, LLC** ("Everon") is a limited liability company organized under the laws of the State of Florida. A limited liability company's State of organization and principal office do not determine its citizenship; Everon is a citizen of every State of which any of its members is a citizen. Everon has three members, each of whom is a natural person; no member is a corporation, partnership, limited liability company, trust, or other entity – Mr. Stephen Tucker, North Carolina; Mr. Joshua Caleb Abele, Pennsylvania; and Mr. Craig Tortolani, North Carolina.

6. Simon W. Hendershot, III and Philip D. Racusin of Hendershot Cowart, P.C., are the attorneys of record for the Defendants.

Respectfully submitted,

*/s/ William G. Hagans*
William G. Hagans – Attorney in Charge
State Bar No. 24055612
S.D. Texas ID No. 695531
Robert Shuttlesworth
State Bar No. 24033184
S.D. Texas ID No. 29957

**Hagans**
3200 Travis, Fourth Floor
Houston, TX 77006
Telephone - (713) 222-2700
Facsimile – (713) 547-4950
Email: whagans@hagans.law
Email: rshuttlesworth@hagans.law

**Attorneys for Plaintiff OneBOSS.IO, Inc.**

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing has been served electronically upon all counsel having appeared in this proceeding on this the 3rd day of November 2026.

Simon W. Hendershot, III
Philip D. Racusin
Hendershot Cowart P.C.
1800 Bering Dr., Suite 600
Houston, TX 77057
trey@hchlawyers.com
pracusin@hchlawyers.com

**Attorneys for Defendants EHP, Inc.,
Essential Health Plan, Inc., and
Everon Technologies, LLC**

*/s/ Robert E. Shuttlesworth*
Robert E. Shuttlesworth