**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ONEBOSS.IO, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:26-cv-09201** |
| **EHP, INC., ESSENTIAL HEALTH PLAN, INC., and EVERON TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**Joint Agreed and Unopposed Motion**
**to Enter Agreed Preliminary Injunction**

Plaintiff OneBOSS.IO, Inc. ("OneBOSS") and Defendant EHP, Inc. ("EHP") jointly and by agreement move the Court, under Federal Rule of Civil Procedure 65(a), to enter the parties' Agreed Preliminary Injunction, a copy of which is attached as Exhibit A and submitted herewith for the Court's signature. In support, the parties show the following:

## A. Background

1. On October 12, 2026, the 129th Judicial District Court of Harris County, Texas entered a Temporary Restraining Order and Order Setting Hearing for Temporary Injunction (the "TRO") in Cause No. 2026-76026. Defendants removed the action to this Court on October 15, 2026.

2. On October 23, 2026, the Court extended the TRO through November 9, 2026, or until the Court rules on a motion for preliminary injunction, whichever occurs first (Dkt. 8). The Court set a hearing on preliminary injunctive relief for November 4, 2026 (Dkt. 10).

3. OneBOSS and EHP have conferred and have agreed to resolve OneBOSS's request for preliminary injunctive relief, as between OneBOSS and EHP, by the entry of the attached Agreed Preliminary Injunction. The agreed order preserves the status quo and protects OneBOSS's claimed confidential information pending further proceedings, in lieu of an evidentiary hearing, and without any adjudication of, or admission on, the merits of any claim or defense.

## B. Relief Requested

4. The parties jointly request that the Court enter the attached Agreed Preliminary Injunction. The agreed order supersedes the TRO and dissolves it in its entirety as to all Defendants, including its expedited directory and forensic examination provisions (Part C, ¶ 4); states its restraints in full and with specificity as Federal Rule of Civil Procedure 65(d) requires; maintains the $500 cash deposit previously posted by OneBOSS as sufficient security under Rule 65(c); takes effect immediately upon entry and remains in effect for 120 days unless earlier dissolved, modified, or extended by further order of the Court; and vacates the November 4, 2026, hearing.

5. The agreed order is entered by agreement and does not constitute a finding on, or an admission as to, the merits of any claim or defense, and it does not determine whether any Defendant has been validly served or is subject to personal jurisdiction in this Court. It resolves the request for preliminary injunctive relief only as between OneBOSS and EHP; it neither binds, nor grants relief against, Defendants Essential Health Plan, Inc. or Everon Technologies, LLC, and it preserves each party's respective rights, defenses, and objections as set forth in the order. EHP joins this motion subject to, and without waiving, its objections to process, service of process, and personal jurisdiction and its other defenses under Federal Rule of Civil Procedure 12(b).

6. Because the parties jointly request the relief and the attached order resolves OneBOSS's application for interim relief by agreement, good cause supports its entry, and no hearing is necessary. Because the hearing is set for November 4, 2026, at 3:15 p.m., the parties respectfully ask the Court to enter the order before that setting.

## C. Conclusion & Prayer

7. OneBOSS and EHP respectfully request that the Court enter the attached Agreed Preliminary Injunction, vacate the November 4, 2026, hearing, and grant the parties such other and further relief to which they may be entitled.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Robert E. Shuttlesworth*
William G. Hagans
State Bar No. 24055612
S.D. Texas ID No. 695531
Robert E. Shuttlesworth
State Bar No. 24033184
S.D. Texas ID No. 29957

**Hagans**
3200 Travis, Fourth Floor
Houston, TX 77006
Telephone - (713) 222-2700
Facsimile – (713) 547-4950
Email: whagans@hagans.law
Email: rshuttlesworth@hagans.law

**Attorneys for Plaintiff**
**OneBOSS.IO, Inc.**

**-And-**

*/s/ Philip D. Racusin*
Simon W. Hendershot, III
State Bar No. 09417200
S.D. Texas ID No. 8792
Philip D. Racusin
State Bar No. 24054267
S.D. Texas ID No. 1106262

**Hendershot Cowart, P.C.**
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 783-3110
Facsimile: (713) 783-2809
Email: trey@hchlawyers.com
Email: pracusin@hchlawyers.com

**Attorneys for Defendant EHP, Inc., Appearing Subject to All Defenses and Objections**

**<u>Certificate of Conference</u>**

I certify that counsel for OneBOSS and counsel for EHP conferred regarding the relief requested in this motion and that the motion is agreed. Counsel for OneBOSS and counsel for EHP jointly present and agree to the relief requested.

*<u>/s/ Robert E. Shuttlesworth</u>*
Robert E. Shuttlesworth

**<u>Certificate of Service</u>**

I certify that on November 3, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*<u>/s/ Robert E. Shuttlesworth</u>*
Robert E. Shuttlesworth