**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Oneboss.IO, Inc. | § | |
| | § | |
| *versus* | § | Case Number: 4:26−cv−09201 |
| | § | |
| EHP, Inc., et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

Canceled setting: Injunction Hearing

Date and Time: 11/4/2026 at 03:15 PM

Date: November 3, 2026

Nathan Ochsner, Clerk