# UNITED STATES DISTRICT COURT

Southern District of Texas

| | | |
|---|---|---|
| ONEBOSS.IO, INC.<br>**PLAINTIFF**<br><br>VS.<br><br>EHP, INC., ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 4:26-CV-09201 |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

On Tuesday, November 3, 2026 at 9:39 AM, this SUMMONS IN A CIVIL ACTION, PLAINTIFF ONEBOSS.IO, INC.'S FIRST AMENDED COMPLAINT AND APPLICATION FOR PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION, PLAINTIFF ONEBOSS.IO, INC.'S VERIFIED ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION, AND PERMANENT INJUNCTION, VERIFICATION, DECLARATION OF STEPHEN MYERS, TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING FOR TEMPORARY INJUNCTION, DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL, EXHIBIT A, EXHIBIT 1, EXHIBIT , EXHIBIT, TRANSITION AND SEPARATION AGREEMENT, EXHIBIT for ESSENTIAL HEALTH PLAN, INC. C/O REGISTERED AGENT RYSZARD BOLKO was received by me.

On Tuesday, November 10, 2026 at 2:52 PM, I delivered the above-mentioned documents to RYSZARD BOLKO who represented that they were authorized to accept service on behalf of ESSENTIAL HEALTH PLAN, INC. C/O REGISTERED AGENT RYSZARD BOLKO at 2933 W CYPRESS CREEK RD., SUITE 202, FORT LAUDERDALE, FL 33309.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Monday, November 16, 2026

*Felix Onate*

Felix Onate
Process Server
P.O. Box 3828
Orlando, FL 32802

8206
DocID: P360409_1